## Commonwealth *v.* Howell, Appellant.

Submitted December 2, 1974. *William L. Bowe* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Neil Kitrosser, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hower, Appellant.

Submitted December 2, 1974. *Bernard J. Meyer* and *Kenneth D. Brown,* Assistant Public Defenders, for appellant; *Gregory Smith,* and *Allen E. Ertel,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.